UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

PAULA LISBOA, *individually and on behalf of*  :        14-CV-8115-VSB
*all others similarly situated*, and CARLOS
GONZALEZ CALDERON,

                        Plaintiffs,     :        NOTICE OF APPEARANCE

     against                     :

J SISTERS 57, INC. et al.,                :

                       Defendants.    :
----------------------------------X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear for Defendant, Magdaly Santos, consistent with this Court's Order dated January 25, 2019.

March 13, 2019
New York, New York

**RESPECTFULLY SUBMITTED**,
By:/s/ T. Edward Williams
T. Edward Williams, Esq.
Peyrot & Associates, PC
62 William Street 8th Floor
Tel: 646.650.2785
Direct: 646.650.5139
Email: Edward.williams@peyrotlaw.com
*Attorneys for Defendant Magdaly Santos*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was served via ECF on March 13, 2019, on all counsel or parties of record:

Andrea Maria Paperella, Esq. via ECF
*Counsel for Plaintiffs*

                                              /s/ T. Edward Williams, Esq.
                                              T. Edward Williams, Esq.