UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/11/2020____

PAULA LISBOA,                                          :
*individually and behalf of all others similarly*     :
*situated,* ET AL.,                                    :
                           Plaintiffs,    :
                                 :
         - against -                                :
                                 :
                                 :
J SISTERS 57, INC., ET AL.,                            :
                         Defendants.    :
------------------------------------------------------X

14-CV-8115 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      The parties are directed to meet and confer and submit a joint statute update no later than February 21, 2020, providing the following:

1. A statement of all existing deadlines in the case;

2. A statement describing the status of discovery in this case, and whether the Court should schedule a post-discovery conference;

3. A statement describing the status of any settlement discussions;

4. A statement as to whether any parties will be making post-discovery motions, and proposing a briefing schedule for any such motions;

5. A statement as to the status of the defaulting Defendant J Sisters 57, Inc., and the status of the bankruptcy proceedings giving rise to a stay as to Defendants Jonice Padilha and Jocely Padilha.

SO ORDERED.

Dated:     February 11, 2020
           New York, New York

Vernon S. Broderick
United States District Judge