UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PAULA LISBOA, et al.,

                Plaintiffs,

        -against-

J Sisters 57, Inc., et al.,

                Defendants.
-----------------------------------------------------------X

14-cv-8115 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

      In light of the current public health crisis, it is hereby:

      ORDERED that the post-discovery conference set for April 2, 2020, is adjourned sine die. The parties are directed to meet and confer and submit a joint letter within thirty (30) days summarizing the status of discovery in this case and any anticipated motion practice. If the parties anticipate motion practice, the letter shall include a proposed briefing schedule for the Court's review. If the parties anticipate proceeding to trial, the parties shall review Rule 6 of my Individual Rules & Practices in Civil Cases and proceed accordingly.

SO ORDERED.

Dated: March 26, 2020
       New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge