USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
PAULA LISBOA, et al.,                                     :
:
                 Plaintiffs,     :
:    14-cv-8115 (VSB)
     -against-                                           :
:    **ORDER**
J SISTERS 57 INC., et al.,                                :
:
                 Defendants.    :
:
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      The case is tentatively scheduled for trial beginning January 25, 2021. Accordingly, it is hereby:

      ORDERED that the parties shall appear for a telephonic status conference on December 14, 2020 at 12:00 p.m. The dial-in number for the conference is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated:  December 9, 2020
         New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge