```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
PAULA LISBOA, et al.,                                        :
                                                             :
                              Plaintiffs,                    :
                                                             :              14-cv-8115 (VSB)
               -against-                                     :
                                                             :                  ORDER
J SISTERS 57, INC., et al.,                                  :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2020

VERNON S. BRODERICK, United States District Judge:

I am in receipt of a December 14, 2020 letter from Defendant's counsel stating that he would be unavailable for the status conference on the same day. (Doc. 214.) Defendant's counsel represented that he would be available for a status conference for the remainder of the week. (*Id.*) Accordingly, it is hereby:

ORDERED that the status conference currently scheduled for December 14, 2020 at 12:00 p.m. (Doc. 213) is adjourned.

IT IS FURTHERED ORDERED that the parties shall appear for a telephonic status conference on December 17, 2020 at 2:00 p.m. The dial-in number is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated: December 14, 2020
       New York, New York

Vernon S. Broderick
United States District Judge