```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
PAULA LISBOA et al.,                                       :
                                                           :
                        Plaintiffs,                        :
                                                           :           14-cv-8115 (VSB)
           -against-                                       :
                                                           :              ORDER
MAGDALY SANTOS, et al.,                                    :
                                                           :
                        Defendants.                        :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On November 17, 2020, I ordered the parties to submit their proposed voir dire questions, jury instructions, and verdict sheets on or before December 7, 2020. (Doc. 210.) Defendant Santos did not comply with that deadline. On December 17, 2020, following a telephonic status conference in this case, I ordered Defendant Santos to submit those materials, in addition to her witness and exhibit lists, on or before December 21, 2020. (Doc. 216.) Defendant Santos has submitted her exhibit list, witness list, and proposed voir dire questions, (Docs. 217–18), but has not submitted her proposed jury instructions or verdict sheets. Accordingly, it is hereby:

ORDERED that Defendant Santos shall submit her proposed jury instructions and proposed verdict sheets on or before 10 AM on January 4, 2021.

SO ORDERED.

Dated: December 29, 2020
       New York, New York

Vernon S. Broderick
United States District Judge