```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
PAULA LISBOA, et al.,                                        :
                                                             :
                              Plaintiffs,                    :
                                                             :          14-cv-8115 (VSB)
                     -against-                               :
                                                             :              ORDER
MAGDALY SANTOS, et al.,                                      :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2021

VERNON S. BRODERICK, United States District Judge:

In light of the representations made at the January 4, 2021 status conference held in this case, (Doc. 216), it is hereby:

ORDERED that the parties shall appear for a telephonic status conference on January 11, 2021 at 11 AM.  The dial-in number is 888-363-4749 and the passcode is 2682448.

IT IS FURTHER ORDERED that Defendant shall file her proposed verdict sheets and proposed jury instructions on or before January 6, 2021.  In that filing, Defendant shall also provide a clarification regarding whether she intends to file any motions in limine and, if so, detail which evidence Defendant seeks to exclude.

SO ORDERED.

Dated:  January 5, 2021
        New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge