```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
PAULA LISBOA, et al.,                                         :
                                                              :
                              Plaintiffs,                     :
                                                              :          14-CV-8115 (VSB)
              -against-                                       :
                                                              :               ORDER
MAGDALY SANTOS, et al.,                                       :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

In light of the new amended standing order suspending jury trials in the Southern District of New York until February 16, 2021, it is hereby:

ORDERED the trial currently scheduled to begin in this case on January 25, 2021 is adjourned.

IT IS FURTHER ORDERED that the status conference currently scheduled in this case for January 11, 2021 is adjourned.

IT IS FURTHER ORDERED that Defendant and Plaintiffs shall meet and confer and submit a joint letter by no later than February 8, 2021, indicating potential trial dates for some time in April or May 2021.

SO ORDERED.

Dated: January 7, 2021
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2021