```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
PAULA LISBOA, et al.,                                   :
                                                        :
                         Plaintiffs,                    :
                                                        :
            -against-                                   :
                                                        :
MAGDALY SANTOS, et al.,                                 :
                                                        :
                         Defendants.                    :
                                                        :
------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2021

14-cv-8115 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of the parties' February 9, 2021 joint letter indicated potential trial dates for the above-captioned litigation. (Doc. 228.) Accordingly, it is hereby:

ORDERED that this case is tentatively scheduled for a three-day jury trial beginning on May 3, 2021 at 10:00 a.m. While these dates are subject to change, particularly in light of the public health situation, the parties are directed to be trial ready on that date.

IT IS FURTHER ORDERED that the parties shall appear for a final pretrial conference on April 23, 2021 at 2:00 p.m. I will submit an order closer to that date regarding the logistics for that conference.

SO ORDERED.

Dated: February 11, 2021
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge