```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                           :
PAULA LISBOA, et al.,                         :
                                                           :
                                    Plaintiffs,       :
                                                           :               14-cv-8115 (VSB)
                      -against-                         :
                                                           :                  **ORDER**
MAGDALY SANTOS, et al.,               :
                                                            :
                                     Defendants.    :
                                                           :
------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       The above-captioned case is scheduled for a final pretrial conference on April 23, 2021 at 2:00 p.m.  (Doc. 229.)  As of now, trial is not certain to move forward as scheduled, as this case is currently on the waiting list for a jury trial beginning on May 5, 2021.  Accordingly, it is hereby:

       ORDERED that the April 23, 2021 final pre-trial conference will be held by telephone.  The call-in number is 888-363-4749 and the access code is 2682448.

       SO ORDERED.

Dated:   April 17, 2021
           New York, New York

                                                                    Vernon S. Broderick
                                                                    United States District Judge