```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
PAULA LISBOA, et al.,                                        :
                                                             :
                              Plaintiffs,                    :
                                                             :           14-cv-8115 (VSB)
              -against-                                      :
                                                             :               ORDER
MAGDALY SANTOS, et al.,                                      :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

In light of the representations made at the April 23, 2021 conference held in this case, (Doc. 230), it is hereby:

ORDERED that the jury trial tentatively scheduled to begin May 5, 2021 is ADJOURNED until December 13, 2021 at 10:00 a.m. The parties are directed to file any motions in limine on or before November 8, 2021, with responses to those motions in limine due on November 22, 2021. The parties are directed to appear for a final pretrial conference on December 1, 2021 at 2:00 p.m.

IT IS FURTHER ORDERED that if the parties, after meeting and conferring, would like me to refer this case to the assigned Magistrate Judge for a settlement conference, they should submit a joint request on the docket.

SO ORDERED.

Dated: April 26, 2021
       New York, New York

                                        Vernon S. Broderick
                                        United States District Judge