```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
PAULA LISBOA, et al.,                                        :
                                                             :
                                    Plaintiffs,              :
                                                             :              14-cv-8115 (VSB)
                -against-                                    :
                                                             :                  ORDER
MAGDALY SANTOS, et al.,                                      :
                                                             :
                                    Defendants.              :
                                                             :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

       In light of the representations made at the September 23, 2021 conference held in this case, it is hereby:

       ORDERED that the parties are directed to submit a joint filing on or before October 1, 2021 with proposed trial dates for the second quarter of 2022.

       IT IS FURTHER ORDERED that the deadline for the parties to submit their motions in limine, and oppositions to those motions, (*see* Doc. 231), are ADJOURNED sine die.

       SO ORDERED.

Dated: September 23, 2021
       New York, New York

                                                     Vernon S. Broderick
                                                   United States District Judge

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/2021