```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PAULA LISBOA, et al.,                                       :
                                                            :
                              Plaintiffs,                   :
                                                            :           14-CV-8115 (VSB)
              -against-                                     :
                                                            :               ORDER
MAGDALY SANTOS, et al.,                                     :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Pursuant to my instructions at the August 1, 2022 status conference, it is hereby:

ORDERED that the parties meet and confer and submit a joint letter, on or before August 5, 2022, informing me of their available dates for trial.

SO ORDERED.

Dated: August 2, 2022
       New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge