UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                         :

PAULA LISBOA, *individually and on behalf of*  :
*all others similarly situated,* and CARLOS       :
GONZALEZ CALDERON,                            :
                                                                                        :       14-CV-8115 (VSB)
                                          Plaintiffs,  :
                                                                                        :            **ORDER**
                       -against-                   :

J SISTERS 57, INC., et al.,                       :

                                      Defendants.  :
-------------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Trial in this matter is currently set for February 20, 2023.  (Doc. 240.)  I am, however, currently presiding over *United States v. Saipov*, 17-cr-00722 (S.D.N.Y. Nov. 21, 2017).  That trial and related proceedings are expected to last throughout the entire month of February and into March 2023.  Accordingly, it is hereby:

      ORDERED that by January 9, 2023, parties shall submit a joint status letter stating if they remain prepared to go to trial on February 20, 2023.  If that trial date is no longer viable, then the parties shall provide a list of at least three trial start dates beginning no earlier than April 4, 2023.  If parties provide alternative start dates then they shall also provide a schedule for motions in limine and a pretrial conference for each trial start date proposed.

SO ORDERED.

Dated:  January 4, 2023
       New York, New York

                                                              Vernon S. Broderick
                                                              United States District Judge