UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                          :
PAULA LISBOA, *individually and on behalf of* :
*all others similarly situated,* and CARLOS   :
GONZALEZ CALDERON,                      :
                                                          :          14-CV-8115 (VSB)
                                     Plaintiffs,   :
                                                          :                  **ORDER**
                   -against-                         :
                                                          :
J SISTERS 57, INC., et al.,                     :
                                                          :
                                     Defendants.   :
                                                          :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        During the conference on April 5, 2023, the final pretrial conference was scheduled for April 17, 2023, at 2:00 p.m. Due to scheduling conflicts in the court's calendar the time for the conference must be changed. The final pretrial conference will now take place on April 17, 2023, at 10:00 a.m., in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: April 14, 2023
         New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge