**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PAULA LISBOA, individually and on behalf
of all others similarly situated, and CARLOS
GONZALEZ CALDERON,

                Plaintiffs,                14 **CIVIL** 8115 (VSB)

    -against-                    **JUDGMENT**

J SISTERS 57, INC., et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Vernon S. Broderick, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:**  New York, New York
           April      28 , 2023

                                                    **RUBY J. KRAJICK**

So Ordered:                                      **Clerk of Court**

                                               BY:   K. Mango

*(signature)*
Vernon S. Broderick                                     **Deputy Clerk**
United States District Judge